IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14058-CR-CANNON/MAYNARD

UNITED STATES OF AMERICA,

          Plaintiff,

v.

DOMINIC ANDRE ELVIR,

          Defendant.          /

**GOVERNMENT'S EXHIBIT 1**

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 3/4/2022 12:44:14 PM.****

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Docket #: 18012611CF10A
DC#: ▮▮▮▮
Judge/Division: _Usan / FP_

## AMENDED WARRANT

**In the Name of the State of Florida, to All and Singular the Sheriffs of the State of Florida:**

. WHEREAS, John McDonald has made oath that on the 13th day of March, A.D. 2019 one Dominic Elvir, hereinafter referred to as the offender, was placed on drug offender probation for the offense of Count 1. Burglary Structure Unoccup and Count 2. Grand Theft in the 3rd Degree in the Circuit Court of Broward County, for a term of three years as to counts 1 and 2 concurrent and concurrent with case 18-2800CF10A and 17-2948CF10A in accordance with the provisions of chapter 948, Florida Statutes, and that the offender has not properly conducted himself, but has violated the conditions of his drug offender probation in a material respect by:

Violation of Condition (3) of the Order of Drug Offender Probation, by changing his residence without first procuring the consent of the probation officer, and as grounds for belief that the offender violated his probation, Officer McDonald states that on or about August 11, 2021, the offender did move from his last known place of residence at 2▮▮ N▮▮▮▮▮▮▮▮ in D▮▮▮▮▮▮, Florida 3▮▮▮, without procuring the consent of the probation officer, as told to Officer McDonald on August 17, 2021, by Michelle Liotta, the offender's mother, and his current whereabouts is unknown.

Violation of Condition (10) of the Order of Drug Offender Probation, by failing to make restitution payments to the Perfume Delights in the amount of $591.00, and as grounds for belief that the offender violated his probation, Officer McDonald states the offender is $355.94 in arrears, as of August 24, 2021.

Violation of Condition (17) of the Order of Drug Offender Probation, by failing to successfully complete a Post-adjudicatory treatment-based drug court program, as provided in S. 397.334(3), F.S. , and as grounds for belief that the offender violated his probation, Officer McDonald states that the offender has failed to comply with his required court appearances as of August 18, 2021, as told to officer McDonald by Christine DeCicco, the offender's drug court officer on August 18, 2021.

New Charges:
Violation of Condition (2) of the Order of Drug Offender Probation, by failing to pay the State of Florida the amount of $10.00 per month toward cost of supervision, plus a 4% surcharge, unless otherwise exempted, in accordance with Section 948.09, Florida Statutes, and as grounds for belief that the offender violated his probation, Officer McDonald states that the offender is $360.00 in arrears, as of February 15, 2022.

DC3-217 (Revised 9/28/17)

| Distribution: | Original: | Sheriff's Office |
|---|---|---|
| | Copy: | Court File |
| | Copy: | DC Offender File |

USA_000258

**** FILED: BROWARD COUNTY, FL  Brenda D. Forman,  CLERK 3/4/2022 12:44:14 PM.****

18012611CF10A
Dominic Elvir

Violation of Condition (10) of the Order of Drug Offender Probation, by failing to make court costs payments to the Florida Department of Corrections as directed in accordance with the payment instructions of the court , and as grounds for belief that the offender violated his probation, Officer McDonald states the offender is $517.00 in arrears, as of February 15, 2022.

Violation of Condition (10) of the Order of Drug Offender Probation, by failing to pay for drug test fees, and as grounds for belief that the offender violated his probation, Officer McDonald  states that the offender is $65.00 in arrears as of February 15, 2022.

Violation of Condition (10) of the Order of Drug Offender Probation, by failing to make electronic monitoring fees payments to the Florida Department of Corrections as directed in accordance with the payment instructions of the court , and as grounds for belief that the offender violated his probation, Officer McDonald states the offender is $78.00 in arrears, as of February 15, 2022.

Violation of Condition (10) of the Order of Drug Offender Probation, by failing to make training trust fund fees payments to the Florida Department of Corrections as directed in accordance with the payment instructions of the court , and as grounds for belief that the offender violated his probation, Officer McDonald states the offender is $72.00 in arrears, as of February 15, 2022.

THESE ARE, THEREFORE, to command you to arrest instanter the offender, <u>Dominic Elvir</u>, and bring him before me to be dealt with according to law.

Given under my hand and seal this _____ 4 _____ day of _____ March _____ , A.D. 2022

Judge _Michael A. Usan_
Circuit Court in and for <u>Broward</u> County

_____ No bond, Nationwide extradition required by Interstate Compact
_____ No bond
_____ ROR
_____ Bond set at   $ _____
Extradition Instructions:

A TRUE COPY
Circuit Court Seal

DC3-217 (Revised 9-00)

Distribution: Original:  --Sheriff's Office
              Copy:      --Court File
              Copy:      --Offender File

USA_000259

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 3/4/2022 12:44:14 PM.****

CASE # <u>18012611CF10A</u>

IN THE CIRCUIT COURT OF <u>BROWARD</u> COUNTY

STATE OF FLORIDA

<u>VIOLATION OF PROBATION</u>
**WARRANT**

ORDER TO TAKE INTO CUSTODY

**STATE OF FLORIDA**
**VS.**

**Dominic Elvir**



THIS WARRANT WAS RECEIVED BY THIS DEPARTMENT AT _____ COUNTY, FLORIDA ON THE _____ DAY OF _____, A.D. 20_____, AND EXECUTED IN _____ COUNTY, FLORIDA ON THE _____ DAY OF _____, A.D. 20_____, BY ARRESTING THE WITHIN NAMED

_____

_____
ARRESTING OFFICER

_____
DEPARTMENT

_____
DATE AND TIME OF SERVICE

_____
PLACE OF SERVICE

**IDENTIFYING DATA**
AKA: <u>Dominic Andres Elvir</u>
RACE: <u>White</u>   SEX: <u>Male</u>   DOB: ██1997
SMT: <u>Multiple Tattoos</u>
HGT: <u>5'11"</u>   WGT: <u>220</u>
EYES: <u>Brown</u>   HAIR: <u>Black</u>
DL#: ████████
CURRENT LOCATION/LAST KNOWN ADDRESS:
 Absconder/LKN: 2█N██████,D██,
FL 3██

Phone: (Home) _____ (Cell) ████████
Residing with/relationship: <u>Unknown</u>
Employer name/phone: <u>Unemployed</u>
Place of birth: H████████ <u>FL</u>
Vehicle info: <u>None</u>

|  | Yes | No |
|---|---|---|
| History of violence: | ☐ | ☒ |
| Prior resisting arrest: | ☐ | ☒ |
| Prior use or possession of weapon: | ☐ | ☒ |
| Interstate Compact case: | ☐ | ☒ |

DC3-217 (Revised 9/28/17)

USA_000260

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 3/4/2022 12:44:14 PM.****

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Docket #: <u>18012611CF10A</u>
DC#: ▮

### AMENDED AFFIDAVIT
### VIOLATION OF DRUG OFFENDER PROBATION

Before me this day personally appeared <u>John McDonald</u> who, being first duly sworn says that <u>Dominic Elvir</u>, hereinafter referred to as the offender, was on the <u>13th</u> day of <u>March</u>, A.D. <u>2019</u> placed on <u>drug offender probation</u> for the offense of <u>Count 1. Burglary Structure Unoccup and Count 2. Grand Theft in the 3rd Degree</u> in the <u>Circuit</u> Court of <u>Broward</u> County, for a term of <u>three years as to counts 1 and 2 concurrent and concurrent with case 18-2800CF10A and 17-2948CF10A</u> in accordance with the provisions of chapter 948, Florida Statutes.

Affiant states that the offender was instructed on the conditions of drug offender probation  on <u>February 17, 2021</u> by Officer <u>McDonald</u>.

Affiant further states that the offender has not properly conducted <u>himself</u>, but has violated the conditions of <u>his</u> <u>drug offender probation</u> in a material respect by:

Violation of Condition (3) of the Order of Drug Offender Probation, by changing his residence without first procuring the consent of the probation officer, and as grounds for belief that the offender violated his probation, Officer McDonald states that on or about August 11, 2021, the offender did move from his last known place of residence at 2▮ N▮ in D▮, Florida 3▮ without procuring the consent of the probation officer, as told to Officer McDonald on August 17, 2021, by Michelle Liotta, the offender's mother, and his current whereabouts is unknown.

Violation of Condition (10) of the Order of Drug Offender Probation, by failing to make restitution payments to the Perfume Delights in the amount of $591.00, and as grounds for belief that the offender violated his probation, Officer McDonald states the offender is $355.94 in arrears, as of August 24, 2021.

Violation of Condition (17) of the Order of Drug Offender Probation, by failing to successfully complete a Post-adjudicatory treatment-based drug court program, as provided in S. 397.334(3), F.S. , and as grounds for belief that the offender violated his probation, Officer McDonald states that the offender has failed to comply with his required court appearances as of August 18, 2021, as told to officer McDonald by Christine DeCicco, the offender's drug court officer on August 18, 2021.

New Charges:
Violation of Condition (2) of the Order of Drug Offender Probation, by failing to pay the State of Florida the amount of $10.00 per month toward cost of supervision, plus a 4% surcharge, unless otherwise exempted, in accordance with Section 948.09, Florida Statutes, and as grounds for belief that the offender violated his probation, Officer McDonald states that the offender is $360.00 in arrears, as of February 15, 2022.

DC3-216 (Revised 11/21/17)

Distribution:   Original:   Court
                Copy:       Left Side-Offender File

USA_000261

18012611CF10A
Dominic Elvir

Violation of Condition (10) of the Order of Drug Offender Probation, by failing to make court costs payments to the Florida Department of Corrections as directed in accordance with the payment instructions of the court , and as grounds for belief that the offender violated his probation, Officer McDonald states the offender is $517.00 in arrears, as of February 15, 2022.

Violation of Condition (10) of the Order of Drug Offender Probation, by failing to pay for drug test fees, and as grounds for belief that the offender violated his probation, Officer McDonald  states that the offender is $65.00 in arrears as of February 15, 2022.

Violation of Condition (10) of the Order of Drug Offender Probation, by failing to make electronic monitoring fees payments to the Florida Department of Corrections as directed in accordance with the payment instructions of the court , and as grounds for belief that the offender violated his probation, Officer McDonald states the offender is $78.00 in arrears, as of February 15, 2022.

Violation of Condition (10) of the Order of Drug Offender Probation, by failing to make training trust fund fees payments to the Florida Department of Corrections as directed in accordance with the payment instructions of the court , and as grounds for belief that the offender violated his probation, Officer McDonald states the offender is $72.00 in arrears, as of February 15, 2022.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_____
John McDonald
Officer

**THIS AFFIDAVIT MUST BE NOTARIZED OR ATTESTED TO UNDER section 117.10 OR 92.50, F.S.**

Sworn to and subscribed before me this ___17th___ (day) of _February___ (month), A.D. _2022_ (year) by

_John McDonald_, who is personally known to me or has produced identification _____.

Signature of Attesting
Officer Under section 117.10, F.S. _____        Title: _____

**OR**

Notary Public _____

State of Florida at Large for _Palm Beach_
County

Approved by Supervisor: _____                    Date: _2/17/22_

Notary Public State of Florida
Miranda D Wright
My Commission GG 276085
Expires 11/13/2022

1650      /      @fdc.myflorida.com
Officer Telephone/E-Mail Address

**** FILED: BROWARD COUNTY, FL  Brenda D. Forman, CLERK 3/4/2022 12:44:14 PM.****

# FLORIDA DEPARTMENT OF CORRECTIONS
## ADDENDUM TO VIOLATION REPORT DATED AUGUST 24, 2021

☒ REPORT CONTAINS CONFIDENTIAL INFORMATION

Date: February 15, 2022      ☐ MANDATORY RETAKING FROM: _____

To:   Honorable Michael A. Usan          From:   John McDonald
Name:   Dominic Elvir              DC No:   ▓▓▓▓        Circuit:   15-2
Case No:   18012611CF10A            UC No:   _____
Scheduled Termination Date:   March 12, 2022

## REQUESTING

☐ Violation of          ☒ Warrant for Arrest      ☐ Violation of Probation          ☐ No further action
Probation Hearing-      (Violation of Probation)    Hearing without Warrant-
Warrantless Arrest                      (Notice to Appear)
Conducted

## TYPE OF REPORT

☒ Non-Compliance with Conditions      ☐ Arrest/New Charge        ☐ Warrantless Arrest
☐ Delinquent Monetary Obligations Only

## LOCATION

☐ At Large
☐ In Custody            Last Known Address          2▓ N▓▓▓▓▓▓▓▓▓
☐ On Bond                          D▓▓▓▓▓, FL 3▓▓▓
☐ ROR
☒ Absconder

**(1)** **HOW VIOLATION OCCURRED:**

Violation of Condition (3) of the Order of Drug Offender Probation, by changing his residence without first procuring the consent of the probation officer, and as grounds for belief that the offender violated his probation, Officer McDonald states that on or about August 11, 2021, the offender did move from his last known place of residence at 2▓ N▓▓▓▓▓▓ in D▓▓▓▓▓▓ Florida 3▓▓▓, without procuring the consent of the probation officer, as told to Officer McDonald on August 17, 2021, by Michelle Liotta, the offender's mother, and his current whereabouts is unknown.

Circumstances:
On August 17, 2021, this oficer attempted to make contact with the offender at his approved residence located at 2▓ N▓▓▓▓▓▓ in D▓▓▓▓▓, FL. Upon arrival, this officer spoke to the offender's mother, Michelle Liotta. Ms. Liotta said that the offender is not living there anymore. She said that he told her that he had tested positive during a drug test and that he was not going to prison. When asked when the last time the offender was living at her address, Ms. Liotta said that he left on August 11, 2021 and that she had not had any contact with the offender and she did not know where he was currently staying. A check of the Palm Beach and Broward County Jails was unsuccessful in locating the offender.

Violation of Condition (10) of the Order of Drug Offender Probation, by failing to make restitution payments to the Perfume Delights in the amount of $591.00, and as grounds for belief that the offender violated his probation, Officer McDonald states the offender is $355.94 in arrears, as of August 24, 2021.

Circumstatnces:
The offender has failed to pay his restitution in a timely manner. He is currently in arrears $355.94, as of August 24, 2021.

USA_000263

18012611CF10A
Dominic Elvir

Violation of Condition (17) of the Order of Drug Offender Probation, by failing to successfully complete a Post-adjudicatory treatment-based drug court program, as provided in S. 397.334(3), F.S., and as grounds for belief that the offender violated his probation, Officer McDonald states that the offender has failed to comply with his required court appearances as of August 18, 2021, as told to officer McDonald by Christine DeCicco, the offender's drug court officer on August 18, 2021.

Circumstances:
On August 12, 2021, the offender was to appear for his regulary scheduled Drug Court hearing. The offender did not report for this hearing and he did not call in to advise that he would be absent. Judge Navarro issued a bench warrant for the offender after he failed to show as required.

New Charges:
Violation of Condition (2) of the Order of Drug Offender Probation, by failing to pay the State of Florida the amount of $10.00 per month toward cost of supervision, plus a 4% surcharge, unless otherwise exempted, in accordance with Section 948.09, Florida Statutes, and as grounds for belief that the offender violated his probation, Officer McDonald states that the offender is $360.00 in arrears, as of February 15, 2022.

Violation of Condition (10) of the Order of Drug Offender Probation, by failing to make court costs payments to the Florida Department of Corrections as directed in accordance with the payment instructions of the court, and as grounds for belief that the offender violated his probation, Officer McDonald states the offender is $517.00 in arrears, as of February 15, 2022.

Violation of Condition (10) of the Order of Drug Offender Probation, by failing to pay for drug test fees, and as grounds for belief that the offender violated his probation, Officer McDonald  states that the offender is $65.00 in arrears as of February 15, 2022.

Violation of Condition (10) of the Order of Drug Offender Probation, by failing to make electronic monitoring fees payments to the Florida Department of Corrections as directed in accordance with the payment instructions of the court, and as grounds for belief that the offender violated his probation, Officer McDonald states the offender is $78.00 in arrears, as of February 15, 2022.

Violation of Condition (10) of the Order of Drug Offender Probation, by failing to make training trust fund fees payments to the Florida Department of Corrections as directed in accordance with the payment instructions of the court, and as grounds for belief that the offender violated his probation, Officer McDonald states the offender is $72.00 in arrears, as of February 15, 2022.

Circumstances: On April 8, 2019, the offender was instructed on his financial obligations. The offender has failed to pay his financial obligations as ordered as og February 15, 2022.


(2) **OFFENDER'S STATEMENT:** The offender is an absconder and he was unavailable for comment at the time this report was written.


(3) **HISTORY OF SUPERVISION:** ☐ ADJUDICATION WITHHELD ☒ ADJUDICATED
Original sentence: On March 13, 2019, the offender plead no contest to Count 1. Burglary Structure Unoccup and Count 2. Grand Theft in the 3rd Degree, in case 18-012611CF10A.  Judge Usand accepted the plea, adjudicated the offender guilty and placed him on three years, Drug Offender Probation as to counts 1 and 2 concurrent and concurrent with case 18-2800CF10A and 17-2948CF10A

**Prior violation(s) of supervision for all periods of supervision and disposition(s) of violation(s) include the following:**
No prior violations on this case.  The offender's probation on case 17002948CF10A was violated on October 15, 2018, and his probation was subsequently reinstated and modified on November 1, 2018.

☐ Florida Crime Information Center (FCIC) and National Crime Information Center (NCIC) criminal history record attached. **NOTE:  FCIC/NCIC criminal history record information is not public record, pursuant to chapter 119, Florida Statutes.**

18012611CF10A
Dominic Elvir

**RESIDENCE**: ☐ STABLE     ☐ UNSTABLE     ☒ ABSCONDED
Resides with: Prior to absconding the offender resided with his mother, Michelle Liotta at 2██N███████████ in D████ ██████ FL. His current whereabouts is unknown.

**EMPLOYMENT**: ☐ EMPLOYED     ☐ RETIRED/DISABLED     ☐ STUDENT     ☒ UNEMPLOYED
Current Employer/school name and address: None
Full-time employment or school attendance: ☐          Part-time employment or school attendance: ☐
Monthly salary or other source of income: None

**RESTITUTION**:          ☐ N/A     ☐ PAID IN FULL     ☐ COMPLYING     ☒ DELINQUENT
   Original Obligation:   $591.00          Current Balance:   $355.94

**COURT COSTS/FINES**:    ☐ N/A     ☐ PAID IN FULL     ☐ COMPLYING     ☒ DELINQUENT
   Original Obligation:   $517.00          Current Balance:   $517.00

**ELECTRONIC MONITORING**:  ☐ N/A   ☐ PAID IN FULL     ☐ COMPLYING     ☒ DELINQUENT
   Original Obligation:   $78.00          Current Balance:   $78.00

**COST OF SUPERVISION**:   ☐ N/A     ☐ PAID IN FULL     ☐ COMPLYING     ☒ DELINQUENT
   Original Obligation:   $10.00 per month     Current Balance:   $360.00

**PUBLIC SERVICE WORK**:   ☐ N/A     ☒ COMPLETED     ☐ COMPLYING     ☐ DELINQUENT
   Total Hours Imposed:   20          Current Balance:   0

██████████████████████████████████████████████████████████████████

**STATUS OF OTHER SPECIAL CONDITIONS**: N/A

(4)     **RECOMMENDATION:** The offender continues to struggle with his addiction and this officer believes he is need of additional treatment and supervision. Therefore, if the offender is found guilty of violating his probation, this officer respectfully recommends that his probation be extended and modified to Community Control. This officer also recommends that that the offender should continue with his Drug Court sanctions as previously ordered.

The foregoing is true and correct to the best of my knowledge and belief.

_____          Approved:   _____
John McDonald, Officer                                      Miranda Wright, Supervisor